450 A.2d 1069

Commonwealth v. Thorpe, Appellant.

Argued April 21, 1982. Maxine Kay Lewis, for appellant;
Edward Subashi, Assistant District Attorney, for Common-
wealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence and order are affirmed.